UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEWEL SHEPHERD-SAMPSON,

Plaintiff,

v.

PARATRANSIT SERVICES, et al.,

Defendants.

CASE NO. C13-5888 BHS

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

This matter comes before the Court on Plaintiff Jewel Shepherd-Sampson's ("Shepherd-Sampson") motion to proceed in forma pauperis (Dkt. 1). The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the "privilege of pleading in forma pauperis . . . in civil actions for damages should be allowed only in exceptional circumstances." *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986). Moreover, the Court has broad discretion in denying an application to

1 proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963).

In this case, Shepherd-Sampson has failed to show that she is entitled to proceed in forma pauperis. In exercising its broad discretion, the Court finds that her circumstances do not meet the indigency requirements necessary to grant in forma pauperis status.

Therefore, it is hereby **ORDERED** that Shepherd-Sampson's motion to proceed in forma pauperis (Dkt. 1) is **DENIED**. If she desires to proceed with this civil action, she shall pay the $400 filing fee to the Court Clerk not later than October 23, 2013. If Shepherd-Sampson fails to timely submit the filing fee, the Clerk is directed to dismiss this case without prejudice.

Dated this 9th day of October, 2013.

BENJAMIN H. SETTLE
United States District Judge